## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                           **CAUSE NO. 3:18cr43DPJ-FKB-2**

**TYRA LATRICE CLARK**

### MOTION FOR CONTINUANCE

COMES NOW the Defendant, Tyra Latrice Clark, by and through counsel, and files this her Motion for Continuance in the above styled and numbered cause, and in support thereof would show unto the Court the following, to-wit:

1. Trial was previously set in this matter for June 25, 2018.

2. Counsel needs additional time to investigate, prepare for trial and conduct negotiations, and a continuance is necessary to provide the Defendant with effective assistance of counsel.

3. Good cause exists for continuance herein, and is not being sought for the purpose of delay but rather so that the ends of justice may be served.

4. The government has been contacted concerning this request and has no objection to a continuance herein.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Court continue the above styled and numbered cause until a later date to be set by the Court.

RESPECTFULLY SUBMITTED this the 21st day of June, 2018.

                                        TYRA LATRICE CLARK, Defendant

                                        By: */s/ Wayne Milner*
                                            Her Attorney

CERTIFICATE OF SERVICE

    THIS IS TO CERFIFY that I, Wayne Milner, have this day filed a true and correct copy of the above and foregoing Motion for Continuance with the Clerk of the Court using the ECF filing system which sent notification of same to all counsel of record in this cause.

    SO CERTIFIED this the 21st day of June, 2018.

    */s/ Wayne Milner*

Wayne Milner, MSB# 3331
Attorney at Law
P.O. Box 1423
Brandon, MS 39043
Tel: 601-573-5429
Email: milner3ofus@aol.com